No. 799. BURNET, COMMISSIONER OF INTERNAL REVE-
NUE, *v.* J. ROGERS FLANNERY & Co.;

No. 800. SAME *v.* FLANNERY BOLT Co.; and

No. 801. SAME *v.* VANADIUM METALS Co. 

 Submitted April 11, 1932. Decided April 18, 1932. *Per Curiam:* The petition for writs of certiorari in these cases is granted. The judgments of the Circuit Court of Appeals are reversed and the cases remanded to the Circuit Court of Appeals with instructions to remand to the Board of Tax Appeals for further proceedings in conformity with the opinion of this Court in *Handy & Harman* v. *Burnet, Commissioner of Internal Revenue,* 284 U. S. 136. *Solicitor General Thacher, Assistant Attorney General Youngquist,* and *Messrs. Sewall*

*Key* and *Norman D. Keller* for petitioner. *Messrs. Kenneth N. Parkinson* and *David A. Pine* for respondents.